# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1225
L.T. Case No. 2022-031779-FMCI

_____

ANTHONY WAYNE CLARK,

    Appellant,

    v.

JESSICA NICHOLE CLARK,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Sandra C. Upchurch, Judge.

Anthony Wayne Clark, Orlando, pro se.

No Appearance for Appellee.

September 16, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, C.J., and SOUD and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____